IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEO SUNIAGA**, *et al.* | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 20-2283 |
| | : | |
| **DOWNINGTOWN AREA** | : | |
| **SCHOOL DISTRICT**, *et al.* | : | |

**ORDER**

This 5th day of February, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Amend/Correct (ECF 139) is **GRANTED**, and the amended response deemed part of the record.

2. The School District Defendants' Motion for Summary Judgment (ECF 130) is **GRANTED in part** and **DENIED in part**.

    a. The Motion is **GRANTED** with respect to Counts I and II (Section 1983 Procedural Due Process claims).

    b. The Motion is **GRANTED** as to the Count III claim of Conspiracy to deny constitutional rights, but **DENIED** with respect to Conspiracy to violate state law.

    c. The Motion is **DENIED** with respect to Counts IV (Defamation), VI (Tortious Interference), and VII (False Light).

3. Defendant Rebecca German's Motion for Summary Judgment (ECF 131) is **GRANTED in part** and **DENIED in part**.

    a. The Motion is **GRANTED** with respect to Counts V (IIED) and VII (False Light).

      b. The Motion is **DENIED** with respect to Counts IV (Defamation) and VI (Tortious Interference).[1]

                                                    /s/ Gerald Austin McHugh
                                                    United States District Judge

---

[1] Because several of Plaintiff's claims will proceed, Jacquelyn Suniaga's loss of consortium claim (Count VIII) shall also proceed.