# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEO SUNIAGA**, *et al.* | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 20-2283 |
| | : | |
| **DOWNINGTOWN AREA** | : | |
| **SCHOOL DISTRICT**, *et al.* | : | |

## ORDER

This 28th day of April, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the School District Defendants' Renewed Motion for Summary Judgment (ECF 145) is **GRANTED** and Plaintiff's Motion for Reconsideration (ECF 146) is **DENIED**. A separate order will be issued entering final judgment pursuant to Federal Rule of Civil Procedure 54(b) with respect to Plaintiff's claims against the School District Defendants.


/s/ Gerald Austin McHugh
United States District Judge